**FILED**
DEC 29 2005
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 04 B 04122 |
| GABINO AND MARY BARAJAZ, | ) |
| | ) |
| | ) Chapter 7 |
| Debtors. | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $11,104.50 | TOTAL COSTS REQUESTED: | $2,005.47 |
| TOTAL FEES REDUCED: | $   386.80 | TOTAL COSTS REDUCED: | $    22.50 |
| TOTAL FEES ALLOWED: | $10,717.70 | TOTAL COSTS ALLOWED: | $1,982.97 |

**TOTAL FEES AND COSTS ALLOWED: $12,700.67**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE RIGHT SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)   **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)   **Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

Dated: December 29, 2005

_____
Eugene R. Wedoff
United States Bankruptcy Judge

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

## ATTORNEY TIME
## GABINO BARAJAZ AND MARY T. BARAJAZ

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 2/26/04 | GR | .30 | Barajaz: attended hearing regarding motion to lift stay. | 61.50 |
| 3/16/04 | GR | 1.50 | Barajaz, Gabino: Reviewed file and determined that case was an asset case. Prepared for hearing regarding creditor's motion to lift stay. Appeared in court re hearing. | 307.50 |
| 3/26/04 | GR | 6.50 | Gabino and Mary T. Barajaz: Drafted, reviewed and edited the following motions: Motion to Retain Jenner & Block as Counsel, Motion to Retain a Real Estate Broker, Motion to Extend Deadline to Object to Discharge of the Debtor, and Motion to Object to Exemptions; telephone conference with Greg Saint Victor and discussed real estate contract and affidavit. | 1,332.50 |
| 4/22/04 | GR | .80 | Barajaz: appeared in court to argue various motions; Motion continued. | 164.00 |
| 4/27/04 | GR | 1.70 | Barajaz: Researched issues relating to Debtor's proposed dismissal of case and good faith; attended hearing regarding several motions. | 348.50 |
| 5/17/04 | GR | .50 | Barajaz: discussed sale of real estate with real estate broker; reviewed file. | 102.50 |
| 6/08/04 | GR | 2.30 | Drafted Motion to Extend period to file complaint objecting to discharge; reviewed Real Estate Sales contract; drafted Motion to sell property. | 471.50 |
| 6/10/04 | GR | 1.80 | Reviewed and edited motion sell property. | 369.00 |
| 6/10/04 | AAK | .30 | Located property index number of property on the Cook County Assessor's website for 5505 W. 108th Place, Oak Lawn, IL 60453; began memo to request legal description from docketing and county records. | 31.50 |
| 6/11/04 | GR | 1.80 | Reviewed and edited Barajaz Motion to Sell Property. | 369.00 |
| 6/11/04 | NHB | .50 | Obtained tax parcel number from Cook County web site; met with G. Reilly-Bates re legal description; drafted e-mail summarizing status. | 95.00 |
| 6/17/04 | GR | 1.20 | Prepared for court hearing and attended hearing. | 246.00 |

LAW OFFICES
## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/22/04 | GR | .40 | Discussed acceptance letter re survey with buyer's attorney (.1); reviewed, signed and sent acceptance back to buyer's attorney (.3). | 82.00 |
| 6/29/04 | GR | .50 | Discussed sale with Greg Saint-Victor (.2); discussed Title commitment and Survey with N. Berger (.3). | 102.50 |
| 6/29/04 | NHB | 1.00 | Met with G. Reilly-Bates re assignments to complete; reviewed file for needed information; call and e-mail to order title commitment for sale of 5505 W. 108th Place, Oak Lawn. | 190.00 |
| 6/30/04 | GR | .50 | Discussed closing G. Saint Victor (.3); requested survey and title commitment from N. Berger (.2). | 102.50 |
| 7/06/04 | MXP | .50 | Arranged for survey on the 5505 W. 108 Place property for sale of same. | 52.50 |
| 7/06/04 | GR | 3.20 | Prepared for hearing regarding Motion to Sell Property and 5/3rd Bank's Motion for Relief from the Automatic Stay and attended hearing (1.7); reviewed title commitment and discussed additional mortgages with L. Eisen (1.2); called Greg Saint Victor to discuss arrangements for closing (.3). | 656.00 |
| 7/06/04 | NHB | .50 | Met with G. Reilly Bates re survey issues and for title commitment review; met with M. Patterson re survey ordering. | 95.00 |
| 7/07/04 | RRP | .10 | Office conference with G. Reilly-Bates re real estate closing matters. | 58.00 |
| 7/07/04 | GR | 1.00 | Reviewed amended title commitment (.3); discussed transfer stamps and water certification with G. Saint-Victor (.4); discussed closing procedure with real estate paralegal Neil Berger (.3). | 205.00 |
| 7/07/04 | NHB | .50 | Met with G. Reilly-Bates re real estate transaction and closing details and preparations. | 95.00 |
| 7/08/04 | RRP | .20 | Office conference with R. Reicin re assistance with real estate closing; office conference with G. Reilly-Bates re same. | 116.00 |
| 7/08/04 | NHB | .50 | Met with R. Reicin re transaction; called Oak Lawn re transfer tax requirements. | 95.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/09/04 | GR | 1.80 | Discussed title commitment and preparation of closing documents with R. Reicin (.7); called Greg Saint Victor to discuss transfer stamps and water certification in Oak Lawn (.3); reviewed real estate contract (.3); prepared closing documents (.5). | 369.00 |
| 7/09/04 | NHB | .50 | Met with R. Reicin, F. Eichenlaub and G. Reilly-Bates re status of transaction and closing document preparation. | 95.00 |
| 7/10/04 | NHB | 1.50 | Reviewed file and title commitment; preliminary drafting of real estate closing documents. | 285.00 |
| 7/12/04 | NHB | .50 | Continued preliminary drafting of real estate closing documents. | 95.00 |
| 7/13/04 | GR | 1.50 | Scheduled closing (.4); called G. Saint Victor to discuss closing, water certification and transfer stamps (.8); reviewed title commitment (.3). | 307.50 |
| 7/13/04 | NHB | 2.00 | Met with G. Reilly-Bates re pre-closing matters; review and revision of real estate closing documents. | 380.00 |
| 7/14/04 | GR | 1.20 | Rescheduled closing (.5); called attorney Stephen Di Silvestro to discuss closing (.4); reviewed survey and sent to Di Silvestro (.3). | 246.00 |
| 7/17/04 | NHB | 1.00 | Review of file; preliminary drafting, review, revision and final drafting of real estate transfer tax declarations. | 190.00 |
| 7/20/04 | GR | 6.00 | Prepared closing documents (1.8); contacted Wells Fargo Bank about $25,000 loan on title to get a payoff letter or a release letter (several employees told me that loan was paid in full - later on 7/26/04, I discovered from a separate division of Wells Fargo that there was a balance) (2.2); drafted letter to Wells Fargo requesting a paid in full letter (.5); discussed temporary indemnification with N. Berger and L. Eisen of Chicago Title (.5); reviewed closing documents with N. Berger (1.0). | 1,230.00 |
| 7/20/04 | NHB | 1.50 | Several meetings with G. Reilly-Bates re closing preparations and drafting of closing statement and prorations; review and revision of prorations; obtained real estate tax amounts and title invoice. | 285.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 4

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/21/04 | GR | 6.90 | Prepared for closing (1.5); travel time to and from closing out at Chicago Title Co.'s Cumberland and Higgins office (2); attended closing (2.4); contacted Wells Fargo Bank to attempt to obtain lien (.5); drafted letter to Wells Fargo Bank's Lien Release Department requesting lien release (.5) | 1,414.50 |
| 7/21/04 | NHB | .50 | Met with G. Reilly-Bates re post-closing matters; calls to title agent re same. | 95.00 |
| 7/22/04 | GR | .50 | Called Chicago Title Co. Cumberland office to discuss error on RESPA (.3); called Debtor's lender's lawyer back to inform of closing and payment to lender (.2). | 102.50 |
| 7/22/04 | NHB | .30 | Follow-up with title agent re post-closing matters; e-mail to G. Reilly-Bates re same. | 57.00 |
| 7/26/04 | GR | 1.00 | Discussed payoff statement with Nichole Wong of Prenovost, Normandin, Bergh & Dawe, including reasons why separate division of Wells Fargo had informed me that the mortgage had been paid in full (.5); discussed payoff statement with Beaverton, OR office (.3); discussed payoff statement with Candace from Chicago Title Co. (.2). | 205.00 |
|  |  | 54.80 | PROFESSIONAL SERVICES | 11,104.50 |

LAW OFFICES

## JENNER & BLOCK LLP
ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 5

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/08/04 | Photocopy | 18.10 |
| 6/10/04 | Photocopy Expense | 10.00 |
| 6/10/04 | Photocopy Expense | 10.00 |
| 6/14/04 | Photocopy | 92.20 |
| 6/22/04 | Photocopy | .80 |
| 6/22/04 | Postage | 21.20 |
| 6/23/04 | In-City Transportation | 10.00 |
| 7/07/04 | In-City Transportation | 5.00 |
| 7/08/04 | Photocopy | 4.40 |
| 7/08/04 | Other Real Estate Expenses | 1,525.00 |
| 7/09/04 | Pacer Charges | 1.61 |
| 7/11/04 | Special Messenger Service | 16.36 |
| 7/15/04 | Survey Copies | 265.00 |
| 7/19/04 | Long Distance Telephone | .13 |
| 7/19/04 | Long Distance Telephone | .52 |
| 7/19/04 | Long Distance Telephone | .26 |
| 7/20/04 | Long Distance Telephone | .39 |
| 7/20/04 | Long Distance Telephone | .13 |
| 7/20/04 | Long Distance Telephone | .13 |
| 7/20/04 | Long Distance Telephone | .13 |
| 7/20/04 | Long Distance Telephone | .13 |
| 7/21/04 | Photocopy | .90 |
| 7/25/04 | In-City Transportation | 7.50 |
| 7/26/04 | Long Distance Telephone | .26 |
| 7/26/04 | Long Distance Telephone | .65 |
| 7/26/04 | Long Distance Telephone | .26 |
| 7/26/04 | Photocopy | 3.30 |
| 8/06/04 | FedEx Tracking# 639825118143 Invoice# 199417331 | 10.11 |
| 8/11/04 | Photocopy | 1.00 |
| | TOTAL DISBURSEMENTS | 2,005.47 |